IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| XINIA BEATRIZ CRUZ RAMIREZ, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 1:25-cv-00474-LMB-IDD |
| ) | |
| FERGUSON ENTERPRISES, LLC, ) | |
| JASON LLEWELYN MARCELLE ) | |
| ) | |
| *Defendants.* ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Xinia Beatriz Cruz Ramirez and Defendants Ferguson Enterprises, LLC and Jason Llewelyn Marcelle, having reached a settlement, and having resolved their dispute and agreed to the dismissal of this case, with prejudice; it is therefore

**ORDERED** that this matter be, and hereby is, dismissed, with prejudice as to all claims and all parties, each party to bear its own attorneys' fees and costs.

**SO ORDERED.**

Dated: August 20, 2025
Alexandria, Virginia

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge

WE ASK FOR THIS:

/s/
Matthew T. Sutter, VSB No. 66741
Sutter & Terpak, PLLC
7540 A Little River Turnpike, First Floor
Annandale, VA 22003
Telephone: 703-256-1800
Facsimile: 703-991-1661
Email: matt@sutterandterpak.com

*Counsel for Plaintiff Cruz Ramirez*

/s/
David L. Greenspan, Esq. VSB No. 45420
McGuireWoods LLP
1750 Tysons Blvd
Suite 1800
McLean, VA 22102-4215
Telephone: 703-712-5096
Facsimile: 703-712-5214
Email: dgreenspan@mcguirewoods.com

*Counsel for Defendant Ferguson Enterprises, LLC*

/s/
Zachary A, Kitts, Esq. VSB No. 47052
K & G Law Group PLLC
2740 Chain Bridge Road
Vienna VA 22181
Telephone: 703-649-5500
Email: zkitts@kglawpllc.com

*Counsel for Defendant Jason Marcelle*